IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| ELIGAH DARNELL, JR., § | |
|     Petitioner, § | |
| § | |
| VS. § | CIVIL ACTION NO.4:05-CV-493-Y |
| § | |
| DEE ANDERSON, Sheriff, § | |
| Tarrant County, Texas, § | |
|     Respondent. § | |

ORDER ADOPTING
MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

In this action brought by petitioner Eligah Darnell Jr. under 28 U.S.C. § 2241, the Court has made an independent review of the following matters in the above-styled and numbered cause:

1. The pleadings and record;

2. The proposed findings, conclusions, and recommendation of the United States magistrate judge filed on December 23, 2005; and

3. The petitioner's written objections to the proposed findings, conclusions, and recommendation of the United States magistrate judge filed on January 9, 2005.

The Court, after <u>de novo</u> review, concludes that Darnell's objections must be overruled, and that the petition for writ of habeas corpus under 28 U.S.C. § 2241 should be dismissed for lack of jurisdiction on the grounds of mootness, for the reasons stated in the magistrate judge's findings and conclusions.

Therefore, the findings, conclusions, and recommendation of the magistrate judge are ADOPTED.

Darnell's petition for writ of habeas corpus under 28 U.S.C. § 2241 is DISMISSED for lack of jurisdiction on the grounds of mootness.

SIGNED January 30, 2006.

TERRY R. MEANS
UNITED STATES DISTRICT JUDGE